# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00477-CV

## In re N.H.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed as moot.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 10, 2022